**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

WIRELESS ACCESSORY RETAINING,
LLC,

                    Plaintiff.

    v.

GAMESTOP, INC.,

                    Defendant.

**CASE NO. 2:17-cv-167-RWS**

### SECOND JOINT MOTION TO MODIFY SCHEDULING ORDER

Plaintiff Wireless Accessory Retaining, LLC ("Plaintiff") and GameStop,

Inc. ("Defendant") (collectively, "Parties") jointly notify the Court that they have

finalized a written agreement to resolve all disputes. The parties anticipate

dismissing the action within approximately the next 60 days.  In order to avoid

unnecessary expense, the Parties respectfully move the Court to extend certain

upcoming deadlines in the Scheduling Order [Dkt. 24-1] entered by this Court on

December 12, 2017 [Dkt. 27], and modified by the Court in Dkt. 42 on April 18,

2018.  The Parties seek such extensions for the purpose of finalizing the dismissal,

as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Joint Claim Construction Statement | May 21, 2018 | July 30, 2018 |
| Completion of Claim Construction Discovery (excluding depositions) | June 6, 2018 | August 15, 2018 |
| Claim Construction Briefs | June 20, 2018 | August 29, 2018 |
| Completion of Claim Construction Depositions | July 5, 2018 | September 12, 2018 |
| Responsive Claim Construction Briefs | July 11, 2018 | September 19, 2018 |

A proposed order granting this joint motion is attached hereto for the Court's convenience.

Respectfully submitted this 18th day of May, 2018.

HILL, KERTSCHER & WHARTON, LLP

/s/ *Vivek Ganti*
STEVEN G. HILL
Georgia State Bar No. 354658
VIVEK GANTI
Georgia State Bar No. 755019
MARTHA L. DECKER
Georgia State Bar No. 420687
3350 Riverwood Parkway, Suite 800
Atlanta, GA 30339
Tel: (770) 953-0995
Facsimile: (770) 953-1358
E-mail:      sgh@hkw-law.com
             vg@hkw-law.com
             md@hkw-law.com

*Attorneys for Plaintiff Wireless Accessory Retaining, LLC*

/s/ *Matthew J. Brigham*
Coby S. Nixon
Georgia Bar No. 545005
Seth K. Trimble
Georgia Bar No. 851055
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
Tel: 770-434-6868
E-mail:      CNixon@taylorenglish.com
             strimble@taylorenglish.com

COOLEY LLP
Stephen R. Smith (*Pro Hac Vice*)
1299 Pennsylvania Ave, NW
Washington, DC 20004
Tel:    (202) 842-7800
E-mail:      Stephen.Smith@cooley.com

COOLEY LLP
Matthew J. Brigham (*Pro Hac Vice*)
Dena Chen (*Pro Hac Vice*)
3175 Hanover Street
Palo Alto, CA 94304-1130
Tel: (650) 843-5677
E-mail:      MBrigham@cooley.com
             DChen@cooley.com

*Attorneys for Defendant GameStop, Inc.*

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Local Rule 7.1(D), undersigned counsel certifies that the

foregoing was prepared in Times New Roman, 14 point font, in compliance with

Local Rule 5.1(C).

HILL, KERTSCHER & WHARTON, LLP

/s/ *Vivek Ganti*
VIVEK GANTI
Georgia State Bar No. 755019

*Attorneys for Plaintiff Wireless Accessory
Retaining, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

WIRELESS ACCESSORY RETAINING,
LLC;

                    Plaintiff.

    v.

GAMESTOP, INC.;

                    Defendant.

**CASE NO. 2:17-cv-167-RWS**

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2018, I electronically filed the foregoing

document with the Clerk of the Court using the CM/ECF system which will

automatically send e-mail notification of such filing to all counsel of record in this

action.

> HILL, KERTSCHER & WHARTON, LLP
> /s/ *Vivek Ganti*
> VIVEK GANTI
> Georgia State Bar No. 755019
>
> *Attorney for Plaintiff Wireless Accessory*
> *Retaining, LLC*

-5-