UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| WIRELESS ACCESSORY RETAINING, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GAMESTOP, INC.,<br><br>　　　　Defendant. | No. 2:17-cv-167-RWS |

## [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Wireless Accessory Retaining, LLC ("Wireless") and Defendant GameStop, Inc. ("GameStop") have filed a Joint Motion to Enter Order of Dismissal with Prejudice. The Court, having considered the parties' request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted by Wireless are dismissed with prejudice and all claims for relief asserted by GameStop are dismissed with prejudice. Each party shall bear its own attorney's fees, costs, and expenses.

SO ORDERED, this 6th day of August, 2018.

_____
Hon. Richard W. Story
United States District Judge

3